[No. 3110.   Decided October 21, 1898.]

The State of Washington, *Respondent*, v. James Percy Morgan, *Appellant.*

Appeal from Superior Court, Walla Walla County.—Hon. Thomas H. Brents, Judge.   Affirmed.

*Edgar Lemman*, for appellant.

*F. B. Sharpstein*, Prosecuting Attorney, and *O. M. Rader*, for respondent.

PER CURIAM.—The errors assigned by appellant all depending upon the testimony in the case, and there being no statement of facts brought to this court, the judgment will be affirmed.